FILED 24 OCT '18 14:29 USDC-ORP

1  Peter Strojnik,
2  2375 East Camelback Road Suite 600
   Phoenix, Arizona 85016
3  Telephone:  (602) 524-6602
   ps@strojnik.com
4

5                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF OREGON**
6

7                                    Case No: 3:18- CV-1869- SB

8  Peter Strojnik,                   **VERIFIED COMPLAINT**

9                       Plaintiff,   **1. Americans with Disabilities
                                         Act**
10                                   **2. Discrimination in Public
                                         Accommodations (State
11               vs.                     Law)**
                                     **3. Negligence**
12 Provenance Fund Acquisition, LLC dba
   Sentinel Hotel                    **JURY TRIAL REQUESTED**
13

14

15                     Defendant.

16 1. Plaintiff brings this action pursuant to the (1) Americans with Disabilities Act, 42
17    U.S.C. §12101 *et seq.* and corresponding regulations, 28 CFR Part 36 and Department
18    of Justice Standards for Accessible Design ("ADA"), (2) Oregon revised statutes, §§
19    659A103 *et seq*  ("ORS") and (3) common law of negligence per se.
20                               **PARTIES**
21 2. Plaintiff Peter Strojnik is a veteran and a disabled person as defined by the ADA and
22    ORS.
23 3. Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is
24    and, at all times relevant hereto has been, legally disabled by virtue of a severe right-
25    sided neural foraminal stenosis with symptoms of femoral neuropathy, prostate cancer
26    and renal cancer, degenerative right knee and is therefore a member of a protected
27    class under the ADA and ORS.
28

805736

4. Plaintiff suffers from physical impairments described above which impairments substantially limit his major life activities.  Plaintiff walks with difficulty and pain and requires compliant mobility accessible features at places of public accommodation. Plaintiff's impairment is constant, but the degree of pain is episodic ranging from dull and numbing pain to extreme and excruciating agony.

5. Defendant, owns, operates leases or leases to a lodging business ("Hotel") located at 614 SW 11th Avenue, Portland, OR 97205 which is a public accommodation pursuant to 42 U.S.C. § 12181(7)(A) and ORS which offers public lodging services *See* 28 CFR §36.104 and a listing of public accommodations in 42 U.S.C. §12181(7) and ORS.

### JURISDICTION

6. District Court has jurisdiction over this case or controversy by virtue of 28 U.S.C. §§ 28-1331 and 42 U.S.C. § 12188 and 28 U.S.C. § 1367.

7. Plaintiff brings this action as a private attorney general who has been personally subjected to discrimination on the basis of his disability, *see* 42 U.S.C. §12188 and 28 CFR §36.501.

8. This Court has continuing subject matter jurisdiction by virtue of, *inter alia,* Plaintiff's claim for equitable nominal damages.

9. Venue is proper pursuant to 28 U.S.C. § 1391.

10. The ADAAG violations in this Verified Complaint relate to barriers to Plaintiffs mobility. This impairs Plaintiff's full and equal access to the Hotel which, in turn, constitutes discrimination satisfying the "injury in fact" requirement of Article III of the United States Constitution.

11. Plaintiff is deterred from visiting the Hotel based on Plaintiff's knowledge that the Hotel is not ADA or ORS compliant as such compliance relates to Plaintiff's disability.

12. Plaintiff intends to visit Defendant's Hotel at a specific time when the Defendant's noncompliant Hotel becomes fully compliant with ADAAG; just as a disabled individual who intends to return to a noncompliant facility suffers an imminent injury from the facility's existing or imminently threatened noncompliance with the ADA, a

plaintiff who is deterred from patronizing a store suffers the ongoing actual injury of lack of access to the Hotel.

**COUNT ONE**

Violation of Plaintiff's Civil Rights under the ADA

13. Plaintiff realleges all allegations heretofore set forth.

14. By virtue of his disability, Plaintiff requires an ADA compliant lodging facility particularly applicable to his mobility, both ambulatory and wheelchair assisted.

15. Plaintiff intended to vacation in Oregon and therefore, reviewed vacation booking websites as documented in Addendum A which is incorporated herein for all purposes.

16. Air booking websites took Plaintiff to third party hotel booking websites as documented in Addendum A.

17. Plaintiff became aware that third party booking websites disclosed general availability and description of Defendant's Hotel. Third Party booking websites referenced here are more fully documented in Addendum A which is by this reference incorporated herein.

18. Third party booking websites failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented in Addendum A.

19. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

20. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented. *See* Addendum A.

21. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

22. Because third and first party booking agents failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs Plaintiff declined to book a room there and because Plaintiff was unable to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms, Plaintiff declined to book a room there.

23. Plaintiff thereafter reviewed Defendant's online information relating to accessibility or lack thereof, including in particular photographs of the amenities at the Hotel all as more fully documented in Addendum A.

24. Online information relating to accessibility or lack thereof disclosed Defendant's non-compliance with architectural barriers to accessibility as more fully documented in Addendum A.

25. Defendant has violated the ADA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above and as outlined in Addendum A.

26. The ADA violations described in Addendum A relate to Plaintiff's disability and interfere with Plaintiff's full and complete enjoyment of the Hotel.

27. As a result of the deficiencies described above, Plaintiff declined to book a room at Defendant's Hotel and did no travel to Oregon to vacation there.

28. The removal of accessibility barriers listed above is readily achievable.

29. As a direct and proximate result of ADA Violations, Defendant's failure to remove accessibility barriers prevented Plaintiff from equal access to the Defendant's public accommodation.

**WHEREFORE,** Plaintiff prays for all relief as follows:

    A.  Relief described in 42 U.S.C. §2000a – 3; and

    B.  Relief described in 42 U.S.C. § 12188(a) and (b) and, particularly -

C. Injunctive relief order to alter Defendant's place of public accommodation to make it readily accessible to and usable by ALL individuals with disabilities; and

D. Requiring the provision of an auxiliary aid or service, modification of a policy, or provision of alternative methods, to the extent required by Subchapter III of the ADA; and

E. Equitable nominal damages; and

F. For costs, expenses and attorney's fees; and

G. All remedies provided for in 28 C.F.R. 36.501(a) and (b).

### COUNT TWO
### (Violation of ORS §§659.103 *et seq*)

30. Plaintiff realleges all allegations heretofore set forth.

31. Defendant has violated Oregon law by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above and in Addendum A.

32. Plaintiff has been injured by the unlawful discriminatory practices alleged in this Complaint.

33. Pursuant to ORS, including §§ 659A.885, Plaintiff is entitled to -

   a. injunctive and other equitable relief; and

   b. damages sustained in the amount of $200; and

   c. punitive damages.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

   a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of the statute; and

   d. A permanent injunction which directs Defendant to take all steps necessary to bring its Hotel into full compliance with the requirements set forth in ORS, and its implementing regulations, so that the facilities are fully accessible to, and independently usable by, disabled individuals as required by law, and which further directs that the Court shall retain jurisdiction for a period to be determined

1    after Defendant certifies that its facilities are fully in compliance with the relevant

2    requirements of the Statutes to ensure that Defendant has adopted and is following

3    an institutional policy that will in fact cause Defendant to remain fully in

4    compliance with the law; and

5    e.  Damages in the amount of $200.00 per violation; and

6    f.  Punitive damages in an amount to be proven at trial; and

7    g.  The payment of costs of suit; and

8    h.  Order closure of the Defendant's Hotel until Defendant has fully complied with

9    the ADA and ORS; and

10   i.  The provision of whatever other relief the Court deems just, equitable and

11   appropriate.

12                                **COUNT THREE**
                                    Negligence
13

14   34. Plaintiff realleges all allegations heretofore set forth.

15   35. Defendant had a duty to Plaintiff to remove ADA and ORS accessibility barriers so

16   that Plaintiff as a disabled individual would have full and equal access to the Hotel.

17   36. Defendant breached this duty.

18   37. Defendant's knowing and intentional discrimination against Plaintiff reinforces above

19   forms of discrimination, causing Plaintiff damage.

20   38. Defendant's knowing and intentional discrimination has relegated Plaintiff to an

     inferior status in society, causing Plaintiff damage.
21

22   39. Defendant's knowing and intentional unfair and unnecessary discrimination against

     Plaintiff demonstrates Defendant's knowing and intentional damage to Plaintiff.
23

24   40. Defendant's breach of duty caused Plaintiff damages including, without limitation,

25   the feeling of segregation, discrimination, relegation to second class citizen status the

26   pain, suffering and emotional damages inherent to discrimination and segregation and

     other damages to be proven at trial.
27
     41. By violating Plaintiff's civil rights, Defendant engaged in intentional, aggravated and
28
     outrageous conduct.

                                         6

42. The ADA has been the law of the land since 1991, but Defendant engaged in a conscious action of a reprehensible character, that is, Defendant denied Plaintiff his civil rights, and cause him damage by virtue of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial

43. Defendant either intended to cause injury to Plaintiff or defendant consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to Plaintiff.

44. Defendant is liable to Plaintiff for punitive damages in an amount to be proven at trial sufficient, however, to deter this Defendant and others similarly situated from pursuing similar acts.

**WHEREFORE,** Plaintiff prays for relief as follows:

    A. For finding of negligence; and

    B. For damages in an amount to be proven at trial; and

    C. For punitive damages to be proven at trial; and

    D. For such other and further relief as the Court may deem just and proper.

**REQUEST FOR TRIAL BY JURY**

Plaintiff respectfully requests a trial by jury in issues triable by a jury.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and/or belief.

RESPECTFULLY SUBMITTED this 22nd day of October, 2018.

**PETER STROJNIK**

Plaintiff

1

## ADDENDUM A

2

**ADA VIOLATIONS**

**3RD PARTY BOOKING WEBSITE - EXPEDIA.COM**

3

4



**Sentinel** ★★★★★ Top Property

4.5/5 Wonderful!

Downtown Portland

(1,710 reviews)

5

1-866-264-5744 • Expedia Rate

We have 4 left at

✔ Free Cancellation

~~$326~~ $261

3 people booked this property in the last 48

6

hours

nightly price

Sale

7

Hurry! Offer ends soon

✔ Reserve now, pay when you stay

8

**Accessibility**

If you have requests for specific accessibility needs, please note them at check-out when you

9

book your room.

• Accessible bathroom            • Roll-in shower

10

• In-room accessibility

11

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently

12

whether the hotel or guest room meets his accessibility needs.

13

**Deluxe Room, 1 Queen Bed (Accessible)**

✔ Free Cancellation until Tue, Oct 2

Recommended for you

We have 1 room left

Reserve

1 Queen Bed

✔ Reserve now, pay when you stay

~~$256~~ $205

It only takes 2 minutes

14

(Extra beds available: Crib)

✔ Free Internet

Excludes required resort fee: $23.06

Room sleeps 2 guests

✔ No Expedia booking or credit

per night

15

(up to 1 child)

card fees

Sale

16

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently

17

whether the hotel or guest room meets his accessibility needs

18

19

20

21

22

23

24

25

26

27

28



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs

1
2
3
4
5
6
7
8
9
10
11
12



**ADA Deficiency:**

13
14
15
16
17
18
19
20
21
22
23
24



**ADA Deficiency:** No ADA deficiency but apparent accesibility to *dogs*.

25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**ADA Deficiency:** Inaccessible bar.



**ADA Deficiency:** Inaccessible bar.

1
2
3
4
5
6
7
8
9
10
11
12



13

**ADA Deficiency:** Inaccessible hotel bar.

14
15
16
17
18
19
20
21
22
23
24



25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**ADA Deficiency:** Inaccessible route.



1
2
3
4
5
6
7
8
9



10 **ADA Deficiency: (1)** Inaccessible route to -from ballroom, **(2)** Imrpoerly configured
11 handrails.



23 **ADA Deficiency:** Inaccessible executive lounge.

24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22



**ADA Deficiency:** Inaccessible snack bar.

| **1ST PARTY BOOKING WEBSITE** |
|---|
| **www.sentinelhotel.com** |
| **www.sentinelhotel.reservations.com** |

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs

23
24
25
26
27
28

17

**FEATURED AMENITIES**

- 24-hour business center
- 24-hour front desk
- Accessible bathroom
- Breakfast available (surcharge)
- Coffee shop or café
- Concierge services
- Conference center
- Conference space
- Conference space size (feet) - 22000
- Conference space size (meters) - 2044
- Dry cleaning/laundry service

- Elevator/lift
- Fitness facilities
- Free WiFi
- Free newspapers in lobby
- In-room accessibility
- Limo or Town Car service available
- Luggage storage
- Meeting rooms - 9
- Number of bars/lounges - 2
- Number of buildings/towers - 2
- Number of floors - 6

- Pets allowed
- Porter/bellhop
- Restaurant
- Roll-in shower
- Smoke-free property
- Terrace
- Total number of rooms - 100
- Valet parking (surcharge)
- Wedding services
- Year Built - 1909

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



### DELUXE KING ROOM - FREE INTERNET IN ROOM - FRIDGE

☑ View room details, amenities & policies

$248 / night



⏱ Hurry, reserve offer!

Deluxe King Room - Free Internet In Room - Fridge - iPod docking station, in room safe, alarm clock, ironing facilities, refrigerator, hair dryer, desk, Free Premium Wifi, toiletries, bathrobes, flat screen television, mini bar, laptop safe box, wake-up service, heating, telephone, satellite/cable TV, air conditioning

**Amenities and Features**
- Free Premium Wifi
- Free Wifi

**Room Cancellation Policies**
This booking is Non-Refundable and cannot be amended or modified. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



### DELUXE QUEEN ROOM - FREE INTERNET IN ROOM

☑ View room details, amenities & policies

**$255** / night



⏱ Just 3 rooms left at this low rate!

Deluxe Queen Room - Free Internet In Room - iPod docking station, in room safe, alarm clock, ironing facilities, hair dryer, desk, toiletries, bathrobes, flat screen television, laptop safe box, mini bar, wake-up service, heating, satellite/cable TV, telephone, air conditioning

**Amenities and Features**
- Free Wifi

**Room Cancellation Policies**
Any cancellation received within 2 days prior to the arrival date will incur the first 2 nights' charge. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



### DELUXE KING ROOM - FREE INTERNET IN ROOM - FRIDGE

☑ View room details, amenities & policies

**$275** / night



⏱ Hurry, reserve offer!

Deluxe King Room - Free Internet In Room - Fridge - iPod docking station, in room safe, alarm clock, ironing facilities, refrigerator, hair dryer, desk, toiletries, bathrobes, flat screen television, laptop safe box, mini bar, wake-up service, heating, telephone, satellite/cable TV, air conditioning

**Amenities and Features**
- Free Wifi

**Room Cancellation Policies**
Any cancellation received within 2 days prior to the arrival date will incur the first 2 nights' charge. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



PARLOR SUITE - FREE
INTERNET IN ROOM -
FRIDGE

$302 / night


RESERVE

☑ View room details, amenities &
policies

⏱ Just 2 rooms
left at this low
rate!

Parlor Suite - Free Internet In Room - Fridge - iPod docking station, in room safe, alarm clock, ironing facilities, refrigerator, hair dryer, desk, Free Premium Wifi, toiletries, bathrobes, flat screen television, laptop safe box, mini bar, wake-up service, telephone, satellite/cable TV, air conditioning

**Amenities and Features**
- Free Premium Wifi
- Free Wifi

**Room Cancellation Policies**
This booking is Non-Refundable and cannot be amended or modified. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



PARLOR SUITE - FREE
INTERNET IN ROOM -
FRIDGE

$335 / night


RESERVE

☑ View room details, amenities &
policies

⏱ Just 2 rooms
left at this low
rate!

Parlor Suite - Free Internet In Room - Fridge - iPod docking station, in room safe, alarm clock, ironing facilities, refrigerator, hair dryer, desk, toiletries, bathrobes, flat screen television, mini bar, laptop safe box, wake-up service, telephone, satellite/cable TV, air conditioning

**Amenities and Features**
- Free Wifi

**Room Cancellation Policies**
Any cancellation received within 2 days prior to the arrival date will incur the first 2 nights' charge. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs




TERRACE STUDIO SUITE
KING - FREE INTERNET
IN ROOM
☑ View room details, amenities &
policies

$500 /night

RESERVE

⊙ Just 2 rooms
left at this low
rate!

Terrace Studio Suite King - Free Internet In Room - Free Premium Wifi

**Amenities and Features**
- Free Premium Wifi
- Free Wifi

**Room Cancellation Policies**
This booking is Non-Refundable and cannot be amended or modified. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs




BRIDGETOWN PARLOR
SUITE KING - FREE
INTERNET IN ROOM
☑ View room details, amenities &
policies

$500 /night

RESERVE

⊙ Just 3 rooms
left at this low
rate!

Bridgetown Parlor Suite King - Free Internet In Room - Free Premium Wifi

**Amenities and Features**
- Free Premium Wifi
- Free Wifi

**Room Cancellation Policies**
This booking is Non-Refundable and cannot be amended or modified. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



TERRACE STUDIO SUITE
KING - FREE INTERNET
IN ROOM
☑ View room details, amenities &
policies

$555 / night



⊙ Just 2 rooms
left at this low
rate!

Terrace Studio Suite King - Free Internet In Room

**Amenities and Features**
- Free Wifi

**Room Cancellation Policies**
Any cancellation received within 2 days prior to the arrival date will incur the first 2 nights' charge. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



BRIDGETOWN PARLOR
SUITE KING - FREE
INTERNET IN ROOM
☑ View room details, amenities &
policies

$555 / night



⊙ Just 3 rooms
left at this low
rate!

Bridgetown Parlor Suite King - Free Internet In Room

**Amenities and Features**
- Free Wifi

**Room Cancellation Policies**
Any cancellation received within 2 days prior to the arrival date will incur the first 2 nights' charge. If you fail to arrive or cancel the booking, no refund will be given. The USD 14.99 fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Payment, Loyalty and Rewards**
Full payment will be charged to your credit card when you book this hotel. All charges in USD. This booking is with Reservations.com and you may not be eligible for certain loyalty benefits and rewards offered by the hotel directly.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs



**ADA Deficiency:** Inaccessible check-in counter.



**ADA Deficiency:** Inaccessible hotel bar.

**3ʳᵈ PARTY PHOTOS – GOOGLE.COM/MAPS – OYSTER.COM – ETC.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**ADA Deficiency:** Non-compliant check in counter.



**ADA Deficiency:** Non-compliant bathroom.



**ADA Deficiency:** Non-compliant check in counter.



**ADA Deficiency:** Non-compliant bathroom.

1
2
3
4
5
6
7
8
9



**ADA Deficiency:** Non-compliant bathroom.

10
11
12
13
14



**ADA Deficiency:** Non-compliant check bar counter.

15
16
17
18
19
20
21
22
23
24
25



**ADA Deficiency:** Non-compliant bathroom.

26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**ADA Deficiency:**  (1) Inaccessible bar counter, (2) Improperly configured handrails.



**ADA Deficiency:** Misuse of potentially accessible bar counter.

1
2
3
4
5
6
7



**ADA Deficiency:** Non-compliant bathroom.

8
9
10
11
12
13
14
15
16
17
18



**ADA Deficiency:** Inaccessible snack counter.

19
20
21
22
23
24



**ADA Deficiency:** Apparent ramp not supported by handrails.

25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**ADA Deficiency:** Non-compliant bathroom.



**ADA Deficiency:** Non-compliant bathroom.



**ADA Deficiency:** Non-compliant bar counter.



**ADA Deficiency:** (1) Stairs on accessible route, (2) Improperly configured handrails.



**ADA Deficiency:** (1) Stairs on accessible route, (2) Improperly configured handrails.

1
2
3
4
5
6
7
8
9
10
11



12 **ADA Deficiency:** Inaccessible outdoor seating area.

13
14
15
16
17
18



19 **ADA Deficiency:** Non-compliant snack bar.

20
21
22
23
24
25
26



27 **ADA Deficiency:** Inaccessible to go counter.

28

1
2
3
4
5
6
7
8
9
10



**ADA Deficiency:** (1) Inaccessible bar, (2) Inaccessible tabkes, (3) Inaccessible bar againt window, (4) Inaccessible route (stairs) and (5) Improper handrail configuration.



**ADA Deficiency:** Peephole too high.

32

1
2
3
4
5
6
7



**ADA Deficiency:** Stairwell handrails improperly configured.

8
9
10
11
12
13
14
15
16
17



**ADA Deficiency:** Stairs on accessible route with no visible direction to alternate route.

18
19    **END**
20
21
22
23
24
25
26
27
28